IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WESLEY G. KELLEY,<br><br>            Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;<br><br>           Defendant. | **8:19CV247**<br><br>**AMENDED PROGRESSION ORDER** |

This case is before the court on the parties' joint motion to extend certain deadlines. After consideration, IT IS ORDERED that the parties' motion (Filing No. 27) is granted and the case progression deadlines are extended as outlined below:

1) The telephonic status conference currently set for August 3, 2021 at 10:00 AM is continued to November 2, 2021 at 10:00 AM.

2) The deposition deadline, including but not limited to depositions for oral testimony under Rule 45, is extended to November 30, 2021.

3) The deadline for filing motions to dismiss and motions for summary judgment is extended to December 30, 2021.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to December 30, 2021.

Dated this 29th day of July, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge